# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | COURTROOM MINUTES - CRIMINAL |
| | BEFORE: ELIZABETH COWAN WRIGHT |
| | U.S. Magistrate Judge |
| v. | Case No: 21-cr-108 PAM/TNL |
| | Date: May 7, 2021 |
| J Alexander Kueng (3), | Video Conference |
| | Court Reporter: Lori Simpson |
| Defendant, | Time Commenced: 8:13 a.m. |
| | Time Concluded: 8:19 a.m. |
| | Time in Court: 6 minutes |

APPEARANCES:

Plaintiff: W. Anders Folk, Acting U.S. Attorney; Samantha Trepel, Assistant U.S. Attorney
Defendant: Thomas Plunkett, Esq.
    X Retained

Date Charges Filed: 5/6/2021    Offense: deprivation of rights under color of law

X Advised of Rights

on    X Indictment

**Appearance Bond set in the amount of $25,000 rpr with conditions, see Order Setting Conditions of Release.**

X Government moves to unseal the entire case 21-cr-108 PAM/TNL and 21-cr-109 WMW/HB.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record
X Defendant consents to this hearing via video conference

                                                                                                 s/SAE
                                                                                  Signature of Courtroom Deputy