UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| Plaintiff, | Case No: 21-CR-108 (3) (PAM/TNL) |
| v. | |
| J. Alexander Kueng, | |
| Defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Thomas Plunkett, shall appear as counsel of record for J Alexander Kueng, the Defendant in this case.

Respectfully submitted,

/s/ Thomas C. Plunkett

Dated: May 10, 2021

Thomas C. Plunkett
Attorney No. 260162
Attorney for Defendant
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
Phone: (651) 222-4357
Fax: (651) 297-6134
Email: tcp@tp4justice.com