# THOMAS C. PLUNKETT
## ATTORNEY AT LAW

101 East Fifth Street Suite 1500
St. Paul, MN 55101
Phone: 651-222-4357
Fax: 651-297-6134
Email:tcp@tp4justice.com

June 1, 2021

The Honorable Tony N. Leung
Magistrate Judge
District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    RE:    United States of America v. J. ALEXANDER KUENG
                Court File Number:  21-CR-108 (3) (PAM/TNL)

Dear Magistrate Leung;

This letter is to inform the Court that, after consulting with Counsel, Mr. Kueng consents to arraignment and a motions hearing by video conference.

Thank you in advance for your attention to this matter.

                Yours truly,

                */s/ Thomas C. Plunkett*
                Thomas C. Plunkett
                Attorney at Law

TCP/cw