## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
*Criminal No. 21-cr-108 (PAM/TNL) (3)*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION TO STRIKE SURPLUSAGE** |
| Vs. | ) | |
| | ) | |
| J ALEXANDER KUENG, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

The above named defendant by and through his attorney, Thomas C. Plunkett, Esq., moves the Court for an order striking paragraph 3 from the indictment. The paragraph reads, "Defendant J. Alexander Kueng was employed as a Minneapolis Police Department officer. He began working as an MPD officer in December 2019." When in truth, Kueng and Lane were in midst of his 3rd shift following the completion of his training when the events leading to this indictment occurred.

In support of this motion the Defendant relies on the accompanying memorandum of law, the Indictment, the records and files in the above captioned matter, and any and all matters which may be presented prior to, or at the time of the hearing said motion.

Respectfully submitted,

Dated:  August 2, 2021                     */s/ Thomas C. Plunkett*
                                            Thomas C. Plunkett
                                            Attorney No. 260162
                                            Attorney for Defendant
                                            101 East Fifth Street
                                            Suite 1500
                                            St. Paul, MN 55101
                                            Phone: (651) 222-4357
                                            Fax: (651) 297-6134
                                            Email: tcp@tp4justice.com