WorkForce Director

## Rank History

Close

**Rank History for:** Thomas Lane
**Employee ID Number:** 003951

Add Rank

| Edit | Delete | Rank | Start Date | EndDate | Adjusted Days | Seniority Start Date | Hiring Year | Hiring Order | Reason |
|---|---|---|---|---|---|---|---|---|---|
| Edit | Delete | Police Officer | 12/10/2019 | | 0 | 12/10/2019 | 2019 | 38 | Promotion |
| Edit | Delete | Police Recruit | 8/14/2019 | 12/9/2019 | 0 | 8/14/2019 | 2019 | 10 | Promotion |
| Edit | Delete | Police Cadet | 2/19/2019 | 8/13/2019 | 0 | 2/19/2019 | 2019 | 7 | |



**GOVERNMENT EXHIBIT**
**B**
21-cr-108 (PAM/TNL)