UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-cr-108 (PAM/TNL) (3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT KUENG'S FIFTH** |
| Vs. | ) | **MOTION IN LIMINE** |
| | ) | |
| J ALEXANDER KUENG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mr. Kueng moves this Court for an order prohibiting the government from entering into evidence or relying on videos that combine officer body worn cameras (BWC) with any bystander video. Alternatively, Mr. Kueng asks that the audio portion of the combined videos be restricted to the BWC audio only. The combined videos, especially the audio portion of the videos, suggest that the officers were able to perceive facts, sounds and events that were not available to the officers at the time the events in question and have no bearing on the "objective reasonableness test" when examining an officer's actions. *Graham v. Connor*, 490 U.S. 386, 392-399 (1989) The combined videos prejudice Mr. Kueng because they inaccurately and falsely depict the facts known at the time and should not be considered by the jury on the issue of how a similarly trained and experienced officer would respond. *See* Fed. R. Evid. 401, Fed. R. Evid. 403.

                                      Respectfully submitted,

Dated: December 30, 2021        */s/ Thomas C. Plunkett*
                                      Thomas C. Plunkett
                                      Attorney No. 260162
                                      Attorney for Defendant
                                      101 East Fifth Street
                                      Suite 1500
                                      St. Paul, MN 55101
                                      Phone: (651) 222-4357
                                      Fax: (651) 297-6134
                                      Email: tcp@tp4justice.com