AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

State and    DISTRICT OF    MINNESOTA

| UNITED STATES OF AMERICA  V.  DEREK MICHAEL CHAUVIN, ET AL. | **EXHIBIT LIST - Kueng**  Case Number: 21-108 (PAM/TNL) |
|---|---|

| PRESIDING JUDGE  The Honorable Paul A. Magnuson | PLAINTIFF'S ATTORNEY  Samantha Trepel  LeeAnn K. Bell  Manda Sertich  Allen Slaughter | DEFENDANT'S ATTORNEY  Robert Paule  Natalie R. Paule  Thomas C. Plunkett  Earl Gray  Amanda Montgomery |
|---|---|---|
| TRIAL DATE (S)  January 20, 2022 | COURT REPORTER  Renee Rogge | COURTROOM DEPUTY  Lynn Magee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | 1. MPD 2019 Recruit Manual - Complete |
|  | 2 |  |  |  | 2. May 1, 2019 FTO Handbook |
|  | 3 |  |  |  | 3. FTO Task Check List – Kueng |
|  | 4 |  |  |  | 4. Ropes – Kueng |
|  | 5 |  |  |  | 5. Eck Letter - Extension |
|  | 6 |  |  |  | 6. FTO – Survey Monkey |
|  | 7 |  |  |  | 7. FTO – Standardization Manual |
|  | 8 |  |  |  | 8. Excited Delirium Power Point |
|  | 9 |  |  |  | 9. BWC 19-127538-Tle-2 |
|  | 10 |  |  |  | 10. BWC 19-223415.AXON_Body_2_Video_2019-08-06_1547 |
|  | 11 |  |  |  | 11. BWC 19-233415.suspv |
|  | 12 |  |  |  | 12. MPD Policy – Use of Force 5-300 6-5-2020 |
|  | 13 |  |  |  | 13. FTO Handbook – February 1, 2020 |
|  | 14 |  |  |  | 14. MPD FTO Leadership Course |
|  | 15 |  |  |  | 15. Photo - Matt and Alex |
|  | 16 |  |  |  | 16. Photo - Kueng Family 1 |
|  | 17 |  |  |  | 17. Photo - Alex and Rin |
|  | 18 |  |  |  | 18. Photo - Alex in the field |
|  | 19 |  |  |  | 19. Photo - Kueng Family 2 |
|  | 20 |  |  |  | 20. Example Use of Force Report – Redacted. |

|  | 21 |  |  |  | 21. | Mission 1 |
|---|---|---|---|---|---|---|
|  | 22 |  |  |  | 22. | Mission 2 |
|  | 23 |  |  |  | 23. | Mission 3 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of     2     Pages