UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No.: 21-cr-108 (PAM/TNL) (3)*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>J ALEXANDER KUENG, )<br>)<br>Defendant. )<br>)<br>) | **DEFENDANT KUENG'S TRIAL BRIEF** |

The Court's Pretrial Order (Docket 137) directs that the parties file a trial brief.

Mr. Kueng, through counsel, respectfully offers his trial brief.

1. Trial Counsel:

    a. Thomas C. Plunkett
       101 East Fifth Street
       Suite 1500
       St. Paul, MN 55101
       651-222-4357
       tcp@tp4justice.com

2. The defense anticipates that this trial, including jury selection and charge will require no more than 5 weeks.

3. Unresolved Issues:

   a. The parties have filed motions in limine which have yet to be ruled on by this Court.

Respectfully submitted,

Dated: January 6, 2022 */s/ Thomas C. Plunkett*
Thomas C. Plunkett
Attorney No. 260162
Attorney for Defendant
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
Phone: (651) 222-4357
Fax: (651) 297-6134
Email: tcp@tp4justice.com