AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

State and     DISTRICT OF     MINNESOTA

UNITED STATES OF AMERICA
V.
DEREK MICHAEL CHAUVIN, ET AL.

**FIRST AMENDED EXHIBIT LIST - KUENG**

Case Number:  21-108 (PAM/TNL)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Paul A. Magnuson | Samantha Trepel<br>LeeAnn K. Bell<br>Manda Sertich<br>Allen Slaughter | Robert Paule<br>Natalie R. Paule<br>Thomas C. Plunkett<br>Earl Gray<br>Amanda Montgomery |

| TRIAL DATE (S)<br>January 20, 2022 | COURT REPORTER<br>Renee Rogge | COURTROOM DEPUTY<br>Lynn Magee |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS® AND WITNESSES |
|---|---|---|---|---|---|
|  | K-A |  |  |  | A.    MPD 2019 Recruit Manual - Complete |
|  | K-B |  |  |  | B.    May 1, 2019 FTO Handbook |
|  | K-C |  |  |  | C.    FTO Task Check List – Kueng |
|  | K-D |  |  |  | D.    Ropes – Kueng |
|  | K-E |  |  |  | E.    Eck Letter - Extension |
|  | K-F |  |  |  | F.    FTO – Survey Monkey |
|  | K-G |  |  |  | G.    FTO – Standardization Manual |
|  | K-H |  |  |  | H.    Excited Delirium Power Point |
|  | K-I |  |  |  | I.    MPD Policy – Use of Force 5-300 6-5-2020 |
|  | K-J |  |  |  | J.    FTO Handbook – February 1, 2020 |
|  | K-K |  |  |  | K.    MPD FTO Leadership Course |
|  | K-L |  |  |  | L.    Example Use of Force Report – Redacted. |
|  | K-M |  |  |  | M.    Steve Ijames CV |
|  | K-N |  |  |  | N.    Photo - Matt and Alex |
|  | K-O |  |  |  | O.    Photo - Kueng Family 1 |
|  | K-P |  |  |  | P.    Photo - Kueng Family 2 |
|  | K-Q |  |  |  | Q.    Photo - Alex in the field |
|  | K-R |  |  |  | R.    Photo - Alex and Rin |
|  | K-S |  |  |  | S.    Mission 1 |
|  | K-T |  |  |  | T.    Mission 2 |

| | K-U | | | | U. | Mission 3 |
|---|---|---|---|---|---|---|

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.