# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON JURY CRIMINAL TRIAL

| | |
|---|---|
| **United States of America**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Paul A. Magnuson, United States District Judge |
| v. | Case No: 21-CR-108(2) (3) (4) (PAM/TNL) |
| **Tou Thao (2)**, | Date: Thursday, January 20, 2022 |
| **J Alexander Kueng, (3)**, | Courthouse: Saint Paul |
| **Thomas Kiernan Lane (4)**, | Courtroom: 7D |
| | Deputy: Lynn L. Magee |
| Defendants. | Court Reporter: Renee Rogge |
| | Time Commenced: 9:30 a.m. |
| | Time Concluded: 5:00 p.m. |
| | Time in Court: 7 Hours 30 Minutes |

**APPEARANCES:**

    Plaintiff:    LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter

  Defendants:  Robert Paule, Natalie Paule – Thao (2)
                  Thomas Plunkett – Kueng (3)
                  Earl Gray – Lane (4)

**PROCEEDINGS:**

    Pretrial Discussions re Voir Dire and Trial Management with attorneys (8:45 a.m. – 9:20 a.m.)
    Voir Dire (9:30 a.m. – 12:30 p.m. – Group 1) (12:45 p.m. – 3:15 p.m. – Group 2)
    Remaining Potential Jurors Excused and Juror Strike Process Began (3:15 p.m. – 4:25 p.m.)
    Jurors Announced (4:25 – 5:00 p.m.)

    Jury Trial will begin on Monday, January 24, 2022, at 10:00 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date:   Thursday, January 20, 2022                                 *s/Lynn L. Magee*
                                                                              Courtroom Deputy to
                                                                              The Hon. Paul A. Magnuson