# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TRIAL MANAGEMENT CONFERENCE

**United States of America**,

       Plaintiff,

v.

**Tou Thao (2)**,
**J Alexander Kueng, (3)**,
**Thomas Kiernan Lane (4)**,

       Defendants.

**COURT MINUTES**

| | |
|---|---|
| BEFORE: | Paul A. Magnuson |
| | United States District Judge |
| Case No: | 21-CR-108(2) (3) (4) (PAM/TNL) |
| Date: | Friday, January 21, 2022 |
| Courthouse: | Saint Paul |
| Courtroom: | Judge's Chambers |
| Deputy: | Lynn L. Magee |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:15 a.m. |
| Time in Court: | 15 Minutes |

**APPEARANCES:**

    Plaintiff:    LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter

    Defendants:  Robert Paule, Natalie Paule – Thao (2)
                   Thomas Plunkett – Kueng (3)
                   Earl Gray – Lane (4)

**PROCEEDINGS:**

    A trial management conference was held.

Date: Friday, January 21, 2022

                                                      *s/Lynn L. Magee*
                                                      Courtroom Deputy to
                                                       The Hon. Paul A. Magnuson