ORIGINAL

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                          Crim. No. 21-108(3) (PAM/TNL)

        Plaintiff,

v.                                                 **VERDICT FORM**

J Alexander Kueng,

        Defendant.

---

## COUNT 2
(Deprivation of Rights under Color of Law – Failure to Intervene)

**INSTRUCTION**: Write "not guilty" or "guilty" in the blank space below.

We, the jury, unanimously find the defendant, **J. Alexander Kueng**,

_____Guilty_____

of the crime of deprivation of rights under color of law as charged in **Count 2** of the Indictment.

**INSTRUCTION**: If you find defendant J. Alexander Kueng guilty as to **Count 2**, then check "yes" or "no" below. Otherwise, skip to Count 3.

We, the jury, unanimously find that the offense charged in **Count 2** resulted in the death of George Floyd:

    __X__ Yes

    _____ No

## COUNT 3
(Deprivation of Rights under Color of Law – Deliberate Indifference)


**INSTRUCTION**:  Write "not guilty" or "guilty"  in the blank space below.

We, the jury, unanimously find the defendant, **J. Alexander Kueng,**

_Guilty_

of the crime of deprivation of rights under color of law as charged in **Count 3** of the Indictment.



**INSTRUCTION**:  If you find defendant J. Alexander Kueng guilty as to **Count 3**, then check "yes" or "no" below.   Otherwise, skip the question and sign and date the verdict form.

We, the jury, unanimously find that the offense charged in **Count 3** resulted in the death of George Floyd:

_X_ Yes

_____ No



Dated: _2-24-2022_

_____
**Jury Foreperson**