UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No. 21-cr-108 (PAM/TNL) (3)*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT KUENG'S MOTION TO** |
| vs. | ) | **AMEND PRE-SENTENCE** |
| | ) | **INVESTIGATION REPORT** |
| J. ALEXANDER KUENG, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mr. Kueng respectfully asks this Court to amend the presentence investigation report. (Docket 345) In support of this motion Mr. Kueng relies on the argument and points made in his position on sentencing. (Docket 380)

Respectfully submitted,

/s/ *Thomas C. Plunkett*

Dated: June 29, 2022

Thomas C. Plunkett
Attorney No. 260162
Attorney for Defendant
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
Phone: (651) 222-4357