UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No. 21-cr-108 (PAM/TNL) (3)*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT KUENG'S MOTION FOR** |
| vs. | ) | **A SENTENCING VARIANCE** |
| | ) | |
| J. ALEXANDER KUENG, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Mr. Kueng respectfully moves this Court for a sentence below the guideline range in the event that this Court disagrees with the guideline range outlined in Mr. Kueng's position on sentencing. (Docket 380). In support of this motion Mr. Kueng relies on the points and arguments found in his position on sentencing. (Id.)

Respectfully submitted,

*/s/ Thomas C. Plunkett*

Dated: June 29, 2022

Thomas C. Plunkett
Attorney No. 260162
Attorney for Defendant
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
Phone: (651) 222-4357