UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-108 (PAM/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION TO |
| v. | ) | PERMIT VICTIMS TO ATTEND THE |
| | ) | SENTENCING HEARINGS |
| 2. TOU THAO, | ) | TELEPHONICALLY |
| 3. J. ALEXANDER KUENG, and | ) | |
| 4. THOMAS KIERNAN LANE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW the United States of America, by and through its undersigned attorneys, Manda M. Sertich, Assistant United States Attorney for the District of Minnesota, and Samantha Trepel, Special Litigation Counsel for the Civil Rights Division, and respectfully moves the Court for an Order permitting the victims to attend the hearings scheduled for July 21, and July 22, 2022, telephonically.

On Monday, July 18, 2022, this Court scheduled defendant Thomas Lane's sentencing hearing for Thursday, July 21, 2022, at 10:00 a.m., and scheduled a hearing on defendants Tou Thao and J. Alexander Kueng's legal objections to the Guidelines calculations contained in their pre-sentence reports for Friday, July 22, 2022, at 11:00 a.m. Members of Mr. Floyd's family reside out of state and are unable to travel to the District of Minnesota to attend these two hearings in person. The United States therefore respectfully requests, pursuant to 18 U.S.C. § 3771, the Crime Victims' Rights Act, that

these family members be permitted to listen to the hearing telephonically, using a call-in

line.

Dated: July 19, 2022                                    Respectfully submitted,


ANDREW M. LUGER                          KRISTEN CLARKE
United States Attorney                        Assistant Attorney General
                                                     Civil Rights Division

*/s/ Manda M. Sertich*
BY:   MANDA M. SERTICH                */s/ Samantha Trepel*
Assistant U.S. Attorney                    BY:   SAMANTHA TREPEL
Attorney ID No. 4289039 NY            Special Litigation Counsel
                                                     Attorney ID No. 992377 DC