# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON STATUS CONFERENCE

| | |
|---|---|
| **United States of America**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Paul A. Magnuson, United States District Judge |
| v. | |
| **Tou Thao (2)** | Case No: 21-CR-108 (2) (3) (PAM/TNL) |
| **J Alexander Kueng (3)**, | Date: Friday, July 22, 2022 |
| | Courthouse: Saint Paul |
| Defendants. | Courtroom: --Via Electronic Means-- |
| | Deputy: Lynn L. Magee |
| | Court Reporter: Maria Weinbeck |
| | Time Commenced: 11:00 a.m. |
| | Time Concluded: 11:30 a.m. |
| | Time in Court: 30 Minutes |

**APPEARANCES:**

Plaintiff: Samantha Trepel, LeeAnn Bell, Manda Sertich - USAO

Defendants: Robert Paule and Natalie Paule, RET – Defendant Thao (2)
Thomas Plunkett, RET – Defendant Kueng (3)

**PROCEEDINGS:**

A Zoom Hearing was held regarding Defendants' legal objections to the Guidelines calculations in the PSR. Written Order to follow.

Date: Friday, July 22, 2022

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Paul A. Magnuson