# UNITED STATES DISTRICT COURT
## District of Minnesota
## NOTICE OF APPEAL

USCA 8 NO.: **TBA**

United States of America,
          Plaintiff,

vs.

J Alexander Kueng,
          Defendant.

**21-cr-108 (PAM/TNL) (3)**
District Court Docket Number

**The Honorable Paul A. Magnuson**
District Court Judge

Notice is given that   **Defendant**   Appeals to the United States Court of Appeals
For the Eighth Circuit from the:   **X**   Judgment & Commitment   Order   (Specify)
Entered in this action on: **July 27, 2022**

| | |
|---|---|
| **/s/ Thomas C. Plunkett** | **Thomas C. Plunkett** |
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| **101 East Fifth Street, Suite 1500** | **(651) 222-4357** |
| Street Address/Room Number | Telephone Number |
| **St. Paul, MN 55101** | **10 August 2022** |
| City, State, Zip | Date |

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

Please Prepare a transcript of:
- Pre-trial proceedings
- Testimony **or**
- Portions thereof   **Trial Vol I and II**
- Sentencing
- Post Trial Proceedings
- Other (Specify)

I am not ordering a transcript because:
- Previously filed
- Other (Specify)

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____ Funds, **X** CJA Form 24 completed

| | |
|---|---|
| **/s/ Thomas C. Plunkett** | **August 10, 2022** |
| Attorney's Signature | Date |

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: **July 27, 2022**     **X** Jury     ___ Non-Jury

   Offense(s): **18 U.S.C. Section 242 – Deprivation of Rights Under Color of Law - 2 Counts**

   Trial Testimony – Number of Days **20**     Bail Status: **Out of Custody Pending Surrender to BOP**

3. Sentence and Date Imposed: The defendant was committed to United States Bureau of Prisons for Thirty-Six (36) Months on Count Two (2), and Thirty-Six (36) Months on Count Three (3), to be served concurrently.

4. Appealing:     ___ Sentence     ___ Conviction     **X** Both

   Challenging:     ___ Application of Sentencing Guidelines
   ___ Constitutionality of Guidelines
   ___ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: **UNK**

   Stenographer in Charge: **Renee Rogge**

   Address: **United States District Court, 316 N. Robert Street, St. Paul, MN 5510**

   Phone: **(612) 664-5107**

6. Trial Counsel Was:     ___ Appointed (no fee required)     **X** Retained (filing fee $### unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?

   **X** Yes     ___ No

   Affidavit of Financial Status filed: 8-10-2022

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   **X** Yes     ___ No

7. Assistant US Attorney Name and Phone Number: **LeeAnn Bell**
   **(612) 664-5616**

## Court Reporter Acknowledgment

_____     _____     _____
Date Order Received     Estimated Completion Date     Est. Number of Pages

_____                              _____
Court Reporter Signature                         Date

NoticeofAppeal (10/12)