UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-108(3) (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| J Alexander Kueng, | |
| Defendant. | |

_____

This matter is before the Court on Defendant's Application to Proceed in forma pauperis ("IFP") on appeal. (Docket No. 484.) Defendant avers that he is unable to pay the costs and fees associated with an appeal of his conviction and sentence and has submitted a financial affidavit in support of his request for IFP status. Defendant also relies on the financial information disclosed in his presentence investigation report ("PSR").

Defendant's submissions establish that he is unable to pay the costs and fees associated with an appeal. See Fed. R. App. P. 24(a)(1)(A). Accordingly, **IT IS HEREBY ORDERED that** Defendant's Application to Proceed in forma pauperis on appeal (Docket No. 484) is **GRANTED**.

Dated:   August 11, 2022

                                             *s/Paul A. Magnuson*
                                             Paul A. Magnuson
                                             United States District Court Judge