# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780

www.ca8.uscourts.gov

September 09, 2022

Ms. Manda M. Sertich
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

RE:  22-2909  United States v. J. Kueng

Dear Counsel:

The district court clerk has transmitted a notice of cross-appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Please note that the court has eliminated the requirement for a clerk's record in criminal appeals, effective January 1, 2013. Record references to the district record made in pleadings and briefs filed in this court must be to the district court docket. For example, if the motion to suppress is district court docket number 11 and a party wishes to reference page 7 of the motion to suppress, the reference in the brief should be in the format: (R. Doc. 11, at p.7). Transcript references should be to Volume and page number (TR., Vol. 1, p. 123). Exhibit references should be to the exhibit label attached in the district court proceedings: (Government Exh. 1, page 3; Defense Exh. C, page 4). References to the Presentence Investigation Report should be to page number: (PSR, p.17). Additional information should be provided whenever it is necessary to clearly identify a document and avoid confusion.

Paper copies of transcripts, Statements of Reasons, Presentence Investigation Reports and exhibits will be still forwarded from the district court to the circuit clerk's office, and counsel should check with the district court clerk's office to assure that all necessary materials are transmitted on a timely basis.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

The briefing schedule established today supersedes all other schedules. The briefing schedule will be forwarded under separate Notice of Docket Activity.

Michael E. Gans  
Clerk of Court

ASL

Enclosure(s)

cc:   Ms. Tara Allison  
　　　Ms. Samantha Heather Bates  
　　　Ms. LeeAnn K. Bell  
　　　Ms. Kate M. Fogarty  
　　　Mr. Daniel L. Gerdts  
　　　Mr. Evan Gilead  
　　　Ms. Lynne Krenz  
　　　J. Alexander Kueng  
　　　Ms. Renee Rogge  
　　　Ms. Lori Ann Simpson  
　　　Mr. Allen A. Slaughter Jr.  
　　　Ms. Samantha Trepel  
　　　Ms. Maria Victoria Weinbeck

　　　District Court/Agency Case Number(s):   0:21-cr-00108-PAM-3

**Caption For Case Number:   22-2909**

United States of America

        Plaintiff - Appellant

v.

J. Alexander Kueng

        Defendant - Appellee

**Addresses For Case Participants:   22-2909**

Ms. Manda M. Sertich
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Tara Allison
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
4 Constitution Square
150 M Street, N.E.
Washington, DC  20503

Ms. Samantha Heather Bates
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. LeeAnn K. Bell
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Mr. Daniel L. Gerdts
LAW OFFICE OF DANIEL GERDTS
Suite 705
331 Second Avenue, S.
Minneapolis, MN  55401

Mr. Evan Gilead
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Lynne Krenz
U.S. DISTRICT COURT
District of Minnesota
Warren E. Burger Federal Building
316 N. Robert Street
Saint Paul, MN  55101-0000

J. Alexander Kueng
LAW OFFICE OF DANIEL GERDTS
c/o Daniel Gerdts
331 Second Avenue, S.
Minneapolis, MN  55401

Ms. Renee Rogge
UNITED STATES COURTHOUSE
Room 1005
300 S. Fourth Street
Minneapolis, MN  55415

Ms. Lori Ann Simpson
1005
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320

Mr. Allen A. Slaughter Jr.
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Samantha Trepel
U.S. DEPARTMENT OF JUSTICE
Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Ms. Maria Victoria Weinbeck
UNITED STATES COURTHOUSE
Suite 1005
300 S. Fourth Street
Minneapolis, MN  55415